IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROSALYN CRANE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:11-cv-00420 |
| v. | ) Judge Nixon |
| | ) Magistrate Judge Brown |
| CAJUN OPERATING COMPANY, | ) |
| d/b/a CHURCH'S CHICKEN, | ) |
| | ) JURY DEMAND |
| Defendant. | ) |

### ORDER

Before the Court is the parties' Stipulation of Dismissal, stipulating, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the voluntary dismissal with prejudice of the action. (Doc. No. 19.) Accordingly, this action is **DISMISSED with prejudice**. The Court **DIRECTS** the Clerk to close this case.

It is so ORDERED.

Entered this the __13__ day of February, 2012.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT